# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 11-md-02295-JAH-BGS<br><br>Member cases:<br>  All member cases<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**ORDER GRANTING MOTION OF CO-LEAD COUNSEL TO APPEAR TELEPHONICALLY AT COURT-ORDERED HEARING**<br><br>Date:     May 26, 2017<br>Time:    10:300 a.m.<br>Location: Courtroom 13B<br>             333 West Broadway<br>             San Diego, California 92101 |

Co-lead counsel, James O. Latturner and Ethan Preston have filed a motion (ECF No. 586) to appear telephonically at the May 26, 2017 hearing.

IT IS HEREBY ORDERED that the motion is granted and James O. Latturner and Ethan Preston may appear telephonically at the May 26, 2017 hearing.

Date: May 5, 2017

_____
The Honorable Judge John A. Houston
United States District Court for the
Southern District of California

---

Order Granting Motion
To Appear Telephonically

No. 11-md-02295-JAH-BGS