# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH-BGS<br><br>This document relates to:<br>All member cases<br><br>**ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL** |

Upon consideration of the Notice of Withdrawal of Counsel, IT IS HEREBY ORDERED that Michael A. Geibelson is hereby withdrawn as counsel of record on behalf of Defendant Portfolio Recovery Associates, LLC. Chris Madel, Jenny Robbins, and Cassandra Merrick at MADEL PA remain counsel for Defendant Portfolio Recovery Associates, LLC.

The Clerk of this Court is directed to remove Michael Geibelson from the record and from the Court's ECF System for this case.

**IT IS SO ORDERED.**

DATED: June 19, 2017

_____
JOHN A. HOUSTON
United States District Judge

88012666.1

ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL